**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexander W Woytenko, et al., | No. CV-19-00413-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Jose Ricardo Lopez Ochoa, et al., | |
| Defendants. | |

Pursuant to the Court's Order filed on February 26, 2021 (Doc. 41),

**IT IS ORDERED** that the Motion for Voluntary Dismissal (Doc. 32) having not been withdrawn, the Clerk of the Court shall enter Judgment, pursuant to Fed. R. Civ. P. 41(a)(2) for voluntary dismissal of this action with prejudice in favor of Defendants and against the Plaintiffs.

Dated this 27th day of April, 2021.

Honorable David C. Bury
United States District Judge